### 46828. DAY v. THE STATE.
(385 SE2d 412)

PER CURIAM.

After plenary consideration of this matter, it is found not to satisfy the criteria for the grant of certiorari and the writ is therefore vacated.

*All the Justices concur, except Smith, Gregory and Hunt, JJ., who dissent.*

DECIDED SEPTEMBER 11, 1989 —
RECONSIDERATION DENIED OCTOBER 4, 1989.

*William H. Mills*, for appellant.
*Charles M. Ferguson*, District Attorney, *David H. Moseley*, Assistant District Attorney, for appellee.